# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1811

_____

Rose M. Reynolds,                               *
                                                *
            Appellant,                          *
                                                *   Appeal from the United States
    v.                                          *   District Court for the
                                                *   Eastern District of Arkansas.
Jo Anne B. Barnhart, Commissioner,              *
Social Security Administration,                 *   [UNPUBLISHED]
                                                *
            Appellee.                           *

_____

Submitted: May 30, 2006
Filed: June 5, 2006

_____

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Rose Reynolds appeals the district court's order[1] affirming the denial of her applications for disability insurance benefits and supplemental security income. After thoroughly reviewing the record and the parties' submissions, we conclude substantial evidence supports the Administrative Law Judge's findings as to Reynolds's credibility, residual functional capacity, past relevant work, and ability to perform

_____

[1]The Honorable John F. Forster, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

light work.  <u>See</u> <u>Draper v. Barnhart</u>, 425 F.3d 1127, 1130 (8th Cir. 2005) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____